**BLANK ROME LLP**
*A Pennsylvania LLP*
David C. Kistler
(New Jersey Resident Partner)
Anthony B. Haller, Esquire
Janet O. Lee
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
Telephone: (609) 750-2643
Facsimile: (609) 897-7291
Kistler@BlankRome.com
Haller@BlankRome.com
JLee@BlankRome.com
*Attorneys for Defendant*
*Bordentown Driver Training School, LLC*
*d/b/a Smith & Solomon*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH FRILANDO,<br><br>                                        Plaintiff,<br><br>                        v.<br><br>BORDENTOWN DRIVER TRAINING<br>SCHOOL, LLC d/b/a SMITH & SOLOMON,<br><br>                                        Defendants. | Civil Action No. 2:15-cv-02917<br><br>***Electronically Filed***<br><br>Motion Date: February 21, 2017 |

## DEFENDANT BORDENTOWN DRIVER TRAINING SCHOOL, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KENNETH FRILANDO

Please take notice that pursuant to Fed. R. Civ. P. 56, Defendant Bordentown Driver Training School, LLC d/b/a Smith & Solomon ("Defendant") respectfully moves this Court for an Order granting summary judgment in its favor and against Plaintiff Kenneth Frilando. In support of this Motion, Defendant attaches a Memorandum and an Appendix of Exhibits with supporting documents thereto setting for the reasons why this Motion should be granted. A Proposed Order granting the requested relief also accompanies this Motion.

Pursuant to this Court's December 5, 2017 Order (dkt. 37), Plaintiff's opposition to this Motion shall be filed by January 18, 2017 and Defendant's reply shall be filed by February 6, 2017.

Respectfully submitted:

**BLANK ROME LLP**

/s/ Janet O. Lee
DAVID C. KISTLER
New Jersey Resident Partner
ANTHONY B. HALLER
(*pro hac vice*)
JANET O. LEE
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
Telephone: (609) 750-2643
Facsimile: (609) 897-7291
Kistler@BlankRome.com
Haller@BlankRome.com
JLEE@BlankRome.com

Dated: December 9, 2016
*Attorneys for Defendants Smith & Solomon*
*School of Tractor Trailer Driving, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 9, 2016, I filed Defendant's Notice of Motion, Memorandum of Law, Rule 56.1 Statement of Undisputed Material Facts, and the accompanying Appendix of Exhibits in support of Defendant's Motion for Summary Judgment via this Court's ECF system and thereby served the foregoing documents on all counsel of record.


<u>/s/ Janet O. Lee</u>