UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH FRILANDO,<br><br>                    Plaintiff,<br><br>v.<br><br>BORDENTOWN DRIVER TRAINING SCHOOL, LLC d/b/a SMITH & SOLOMON,<br><br>                    Defendant. | Civil Action No. 2:15-cv-02917 |

## CONSENT ORDER AND JUDGMENT

Plaintiff Kenneth Frilando agrees that judgment shall be entered in favor of Defendant Bordentown Driver Training School, LLC with regard to the claims and defenses in this matter, and that this matter shall be DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

So stipulated and agreed:

/s/ Andrew Rozynski
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP.
24 Union Square East
New York, NY 10003
Phone: (212) 353-8700
arozynski@eandblaw.com

*Attorneys for Plaintiff*

/s/ Asima J. Ahmad
Asima J. Ahmad, Esq.
Anthony B. Haller, Esq. (*admitted phv*)
BLANK ROME LLP
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5658
aahmad@blankrome.com

*Attorneys for Defendant*

SO ORDERED:

_____          _____
Date                            United States District Judge